**Exhibit A to the Complaint**

**Location:** Jersey City, NJ  
**Total Works Infringed:** 40  

**IP Address:** 74.105.21.243  
**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 7A0C0AEDCADAEFB5607A4CE158BF976D37D4CBE2 | 04/20/2019 22:15:46 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 2 | 042F989BADA759BC435F65401EF1D22BACA977AD | 02/20/2019 06:25:09 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 3 | 08CF1718B7A2428C1BCACA18048FCD4AA983CF11 | 10/10/2018 04:57:05 | Blacked | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 4 | 0B8C0195FD49271AF6719BF9978B5B8F793D7A05 | 10/17/2018 05:58:46 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 5 | 11A8FCC8774BBD3FF52733C0AADEE0C0514F6900 | 04/13/2019 07:22:13 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 6 | 13F39FB5BD9C230CB65950BE5F90A3C520C547BC | 10/21/2018 22:54:47 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 7 | 143E85ACB5D4F1E2AFB811CCEE6E431D4D064B8A | 10/29/2018 04:03:39 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 8 | 14ABCC99DF68FF273CC50A7A6E523A50DE7104B4 | 10/25/2018 01:58:15 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 9 | 1C87841B268422D88C2268C468B9995DCFFCE458 | 02/19/2019 11:55:37 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 10 | 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151 | 09/27/2018 18:48:29 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 11 | 23DCFC94AE2421386790146F36DD51CB3E153A2B | 03/07/2019 03:04:47 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 12 | 2944FE890189699C5EED0D07DA9F64572BB14DED | 02/19/2019 12:25:42 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 13 | 2BDB068D7649BB74F337A38B5E174EA8741D1E6D | 11/06/2018 06:29:25 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 14 | 315FBC98FD8F7F4C5540B9E7A0B2C5DBF5397857 | 01/03/2019 03:34:31 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 15 | 3830ED9AEC4589AD583908B403A0D15DFFC46493 | 10/21/2018 20:04:07 | Blacked | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 16 | 3F1C2EC0604509E29EE888AE1376E2745E930AC0 | 10/13/2018 14:59:22 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 17 | 3F31920A34DA2F0CA746F80BF7B721D16EF85592 | 03/17/2019 19:35:41 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 4F8A70A0A66B9EAB0E22F60A2B39523966498B12 | 10/17/2018 06:14:12 | Blacked | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 19 | 52A628E69511027723C406D81753E73A16AE03E3 | 02/23/2019 06:30:20 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 20 | 52CE09FBD531A22F3B6F5CF47706591103339F01 | 11/06/2018 07:15:02 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 21 | 52DBCAB7B39058F361707D52D0191BCAB55EB38A | 11/12/2018 19:28:27 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 22 | 579D4AA8DA1D6EF40E0B8A8E0FEAF3827040BC67 | 11/30/2018 07:36:41 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 23 | 59584D7A01BBE527D24B7329308B5BF9DF2191A8 | 11/06/2018 07:15:07 | Blacked Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 24 | 67E4B6708CEDCF8CAE70B7A8D1DA0DD2578B96F6 | 11/17/2018 10:46:38 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 25 | 70B761FF3F643B68FB884C63123089AB5213A91A | 01/08/2019 03:35:50 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 26 | 74B17221EBE9407AE907992D7D10932F8CBB01EC | 10/29/2018 04:24:52 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 27 | 815CE21B2D5205ED568784E2AE679CA4F4145010 | 03/02/2019 23:21:13 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 28 | 8936E90C389F352F9462E470AD02BB1F9F55BEEF | 11/06/2018 06:10:46 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 29 | 9481FAFB8595C11CC3525E9F1FD06FE7F1D6C50E | 10/17/2018 07:41:34 | Blacked Raw | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 30 | 9733890E1241CC8A99F9ACDEECB0B57AA15F9349 | 10/21/2018 21:09:57 | Blacked | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 31 | A913010CC1A52DF3AC722D912B514555FDAD4B64 | 11/26/2018 04:34:58 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 32 | AB2FF852202347B46D62EF352A51D480661A4FAE | 11/06/2018 06:34:27 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 33 | BCA0AA01E2FCFBFCE9BA31F2EB6861B2C17C8C5A | 03/07/2019 03:01:26 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 34 | BE47A2DF9F06B30A58871E8C917F04A2CA41C0B1 | 01/01/2019 21:31:30 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 35 | C3CA6630C8DE36E527DD3BEF5F270B162C6E16F2 | 03/07/2019 03:00:08 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 36 | CB8875B3FE338F13D24CAD639D8AD27A31F2C578 | 03/17/2019 20:37:22 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | E3D74D928525DE5096328F063BF612801E002BDE | 10/29/2018 04:03:43 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 38 | F2357172E626F78F21663CA796A4374B9717549F | 01/21/2019 17:43:29 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 39 | F29FB427E07BFCD850C0DF7DB1EDB5BE24C0267F | 11/19/2018 22:13:17 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 40 | F823708E40F8DAAD728E307409CED40982D35919 | 11/26/2018 04:34:25 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |