# The Atkin Firm, LLC

Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
  ---
* Member of NJ, NY, and PA Bar

Tel: (973) 285-3239
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

November 19, 2019

**VIA ECF**

Clerk of the Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    **Strike 3 Holdings, LLC v. Imteaz**
             **Dkt. No. 2:19-cv-14008-MCA-MAH**

Dear Sir or Madam:

    I represent Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-referenced matter. On November 19, 2019, I filed an Amended Complaint identifying Syed Imteaz as Defendant John Doe subscriber assigned IP address 74.105.21.243. [ECF No. 8]. I write to respectfully request that a summons be issued for service on the following:

        Syed Imteaz
        2 2nd Street, Unit 2506
        Jersey City, NJ 07302

    Thank you for your attention to this matter.

                              Respectfully submitted,

                              */s/ John C. Atkin*

                              John C. Atkin, Esq.