# Ex. A


20191120144344

# *Affidavit*

State of New Jersey
                SS
County of Union

**MICHAEL MARRA** of full age, being duly sworn according to law, deposes and says

1  I am a process server serving process through the administrative offices of Guaranteed Subpoena Service, Inc , and as such serve process

2  I have made numerous attempts to serve the following

**SYED IMTEAZ**
**2 2ND ST   UNIT 2506**
**JERSEY CITY NJ  07305**

Civil Action/Docket #  2 19 CV 14008 MCA MAH    Venue   DISTRICT
In the case of  **STRIKE 3 HOLDINGS, LLC** vs  **SYED IMTEAZ**

3  I was unable to serve the above named individual(s) for the reason stated below, although attempts were made on the dates and at the addresses listed below

I ATTEMPTED SERVICE ON 11/30/19 @ 2 24PM, THERE WAS NO ANSWER, I ATTEMPTED SERVICE ON 12/10/19 @ 6 43PM, THE FRONT DESK  SECURITY CALLED THE ENTITY AND I SPOKE TO HIM ON THE PHONE AND HE STATED IS WAS IN SAN FRANCISCO AT THE MOMENT AND THEN WAS TO GOING TO NEW ZEALAND FOR QUITE SOMETIME  THEREFORE I WAS UNABLE TO EFFECTUATE SERVICE

                                **MICHAEL MARRA**

Signed and Sworn before me
This __17__ of _____, 2019

_____
Notary

ROSEMARY RAMOS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept 25, 2023
My commission expires

Attorney   JOHN C  ATKIN, ESQ
Firm       THE ATKIN FIRM, LLC
Ref #      20191120144344

Name of Private Server  MICHAEL MARRA  Address  2009 Morris Avenue UNION, NJ 07083  Phone  (800) 672-1952



20191120144344

**Guaranteed Subpoena Service, Inc**
P.O. Box 2248  Union  New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax (908) 688-0885  Tax ID 22-2393485
www.Served.com

THE ATKIN FIRM, LLC
JOHN C. ATKIN, ESQ
55 MADISON AVENUE SUITE 400
MORRISTOWN NJ 07960

YOUR PROCESS **20191120144344** Was

**NOT SERVED!**

NOT Served Date/Time 12/10/2019 6:43 PM

Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: TH084240

| | |
|---|---|
| NOT Served Upon | SYED IMTEAZ |
| At HOME | 2 2ND ST  UNIT 2506 JERSEY CITY NJ 07305 |
| In the Case/Docket | 2:19 CV 14008 MCA MAH   Claim |
| Plaintiff | STRIKE 3 HOLDINGS, LLC |
| Defendant | SYED IMTEAZ |
| Attorney | JOHN C. ATKIN, ESQ  Phone 9732853239  Fax 8336931201  Email |
| Firm | THE ATKIN FIRM, LLC |
| | 55 MADISON AVENUE SUITE 400 MORRISTOWN NJ 07960 |

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392
To order search check desired box, sign authorization and fax back to us Immediately at **888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $50/$150 FEE

[ ] Social Security Search $55 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $50 anywhere in U.S.

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ X ]* Affidavit of Due Diligence $40 NJ only, $55 other states

[ ] Corporate Search - $85 anywhere in U.S.

[ ] (SDA) Stake Out/Inv $125/hr | (GSS) - Wait Time $100/hr (NJ) $150/hr Out of State (circle one) - Auth Hours ___

AUTHORIZING SIGNATURE          DATE 12/12/2019

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:
SERVER SPOKE TO ENTITY VIA TELEPHONE AND WAS INFORMED THAT THE ENTITY WILL BE OUT OF THE COUNTRY FOR A WHILE WONT BE AVAILABLE TO ACCEPT DOCUMENTS

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***
The specific reasons for failure to serve are available from us in an Affidavit Form, Signed and Notarized for $40 in NJ and $55 in all other states
Check the box above and return for the affidavit