# Ex. B

| Attorney or Party without Attorney: <br> John C. Atkin, Esq. <br> The Atkin Firm, LLC <br> 55 Madison Avenue, Suite 400 <br> Morristown, NJ 09760 <br> Telephone No: 973-314-8010 <br> Attorney For: Plaintiff Strike 3 Holdings, LLC | Ref. No. or File No.: | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
|---|
| Plaintiff: STRIKE 2 HOLDINGS, LLC, <br> Defendant: JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 74.105.21.243, ET AL., |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:19-CV-14008-MCA-MAH |
|---|---|---|---|---|

1. I, Timothy Maguire 1366, San Francisco, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject SYED IMTEAZ as follows:

2. *Documents:* Summons in a Civil Case, First Amended Complaint & Demand For Jury Trial, Civil Cover Sheet

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Timothy Maguire (1366, San Francisco) on: Dec 11, 2019, 1:30 pm PST at 555 California Street, San Francisco, CA 94104
I attempted to serve the defendant at Barclays San Francisco office but the front desk staff at Barclays office refused to disclose whether the defendant was on the premsies or to permit any Barclays employee to be served on the premises. They stated all legal documents need to be served at: Barclays 745 7th Ave., New York, NY 10019.

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person Who Served Papers:**
   a. Timothy Maguire (1366, San Francisco)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** *for Service was:* $173.39
   e. I am: A Registered California Process Server

4. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.**

12/17/2019
(Date)                                              (Signature)



AFFIDAVIT OF
DUE DILIGENCE

*4076397*
*(4220998)*