# Ex. C

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70191120000165770722

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

December 18, 2019
In Transit to Next Facility

Get Updates ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**December 18, 2019**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**December 14, 2019, 10:21 pm**
Departed USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

**December 13, 2019, 7:49 pm**
Arrived at USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

**December 13, 2019, 5:08 pm**
Departed Post Office
CHATHAM, NJ 07928

**December 13, 2019, 10:32 am**
USPS in possession of item
CHATHAM, NJ 07928

## Product Information 

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

**See Less** ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**