# Ex. D

USPS Tracking® FAQs >

## Track Another Package +

**Tracking Number:** 70191120000165770715                Remove ✕

We attempted to deliver your item at 12:38 pm on December 16, 2019 in NEW YORK, NY 10019 and a notice was left because an authorized recipient was not available.

## Delivery Attempt

December 16, 2019 at 12:38 pm
Notice Left (No Authorized Recipient Available)
NEW YORK, NY 10019

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**December 16, 2019, 12:38 pm**
Notice Left (No Authorized Recipient Available)
NEW YORK, NY 10019
We attempted to deliver your item at 12:38 pm on December 16, 2019 in NEW YORK, NY 10019 and a notice was left because an authorized recipient was not available.

**December 16, 2019, 9:08 am**
Out for Delivery
NEW YORK, NY 10019


Feedback

December 16, 2019, 8:57 am
Arrived at Unit
NEW YORK, NY 10019

December 15, 2019
In Transit to Next Facility

December 14, 2019, 10:42 pm
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

December 14, 2019, 9:38 am
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

December 13, 2019, 7:49 pm
Arrived at USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

Feedback

December 13, 2019, 5:08 pm
Departed Post Office
CHATHAM, NJ 07928

December 13, 2019, 10:32 am
USPS in possession of item
CHATHAM, NJ 07928

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback